```
               IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEBRASKA

BRIAN DILLY,                  )
                              )
             Plaintiff,       )          8:09CV270
                              )
        v.                    )
                              )
PLASTRGLAS, INC.,             )          ORDER
                              )
             Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss with prejudice (Filing No. 19). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 17th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court